UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VANESS L. VEGA,

            Plaintiff,

-against-

PARKCHESTER NORTH CONDOMINIUM
and GRENADIER REALTY CORP.,

           Defendants.

Docket No.: 07 CV 11494 (RWS) (DFE)

## NOTICE OF APPEARANCE FOR ALEXANDER SORIC

**PLEASE TAKE NOTICE**, that I have been retained by Defendants, Parkchester North Condominium and Grenadier Realty Corp. ("Defendants"). I was admitted to practice in this District on March 14, 2001. Please add my appearance on the docket sheet on behalf of Defendants in addition to Mark A. Hernandez, Esq., the lead attorney in this matter.

Dated: New York, New York
       January 18, 2008

                          /s/ AS
                          Alexander Soric (AS 3305)
                          **PUTNEY, TWOMBLY, HALL & HIRSON LLP**
                          521 Fifth Avenue
                          New York, New York 10175
                          (212) 682-0020

                          *Attorneys for Defendants,*
                          *Parkchester North Condominium*
                          *and Grenadier Realty Corp.*

## CERTIFICATE OF SERVICE

The undersigned, a member of the Bar of this Court, hereby certifies that he caused a true and accurate copy of the foregoing Notice of Appearance of Alexander Soric on behalf of Defendants, Parkchester North Condominium and Grenadier Realty Corp. to be served via electronic case filing and regular mail on January 18, 2008 upon:

>Patrick W. McGinley, Esq.
>Suzanne L. Smith, Esq.
>Finder and Cuomo, LLP
>9 East 38th Street
>New York, New York 10016
>*Attorneys for Plaintiff*

/s/ AS
Alexander Soric (AS 3305)