UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VANESS L. VEGA,

               Plaintiff,

-against-

PARKCHESTER NORTH CONDOMINIUM
and GRENADIER REALTY CORP.,

               Defendants.

Docket No.: 07 CV 11494 (RWS) (DFE)

## NOTICE OF APPEARANCE FOR MARK A. HERNANDEZ

**PLEASE TAKE NOTICE**, that I have been retained by Defendants, Parkchester North Condominium and Grenadier Realty Corp. ("Defendants") as lead counsel. I was admitted to practice in this District on September 27, 1996. Please add my appearance on the docket sheet on behalf of Defendants in this matter.

Dated: New York, New York
       January 18, 2008

                                    /s/ MAH
                            Mark A. Hernandez (MH 4753)
                            **PUTNEY, TWOMBLY, HALL & HIRSON LLP**
                            521 Fifth Avenue
                            New York, New York 10175
                            (212) 682-0020

                            *Lead Attorney for Defendants,*
                            *Parkchester North Condominium*
                            *and Grenadier Realty Corp.*

## **CERTIFICATE OF SERVICE**

The undersigned, a member of the Bar of this Court, hereby certifies that he caused a true and accurate copy of the foregoing Notice of Appearance of Mark A. Hernandez on behalf of Defendants, Parkchester North Condominium and Grenadier Realty Corp. to be served via electronic case filing and regular mail on January 18, 2008 upon:

>Patrick W. McGinley, Esq.
>Suzanne L. Smith, Esq.
>Finder and Cuomo, LLP
>9 East 38th Street
>New York, New York 10016
>*Attorneys for Plaintiff*

>/s/MAH
>Mark A. Hernandez (MH 4753)