JAN-16-2008 WED 11:44 AM FINDER AND CUOMO           FAX NO. 212 448 9943           P. 01/02
JAN-16-08 WED 11:43 AM    PUTNEY, TWOMBLY            FAX NO. 12126829380           P. 02

RECEIVED JAN 17 2008 JUDGE SWEET CHAMBERS

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VANESS L. VEGA,

       Plaintiff,

-against-

PARKCHESTER NORTH CONDOMINIUM
and GRENADIER REALTY CORP.,

       Defendants.

Civil Action No.: 07 Civ. 11494 (RWS) (DFE)

**STIPULATION TO EXTEND TIME**

IT IS HEREBY STIPULATED AND AGREED, by and between counsel for Plaintiff, Vaness L. Vega and Defendants, Parkchester North Condominium and Grenadier Realty Corp. ("Defendants"), that the time for Defendants to answer, move or otherwise respond to the Complaint is hereby extended to and including February 25, 2008.

Dated: New York, New York
   January 16, 2008

_(signature)_

Patrick W. McGinley (PM 9329)
FINDER AND CUOMO, LLP
9 East 38th Street, 3rd Floor
New York, New York 10016
(212) 448-9933
(212) 448-9943 (fax)
pmcginley@finderandcuomo.com
Attorneys for Plaintiff

Dated: New York, New York
   January 16, 2008

_(signature)_ Alexander Soric

Mark A. Hernandez (MH 4753)
Alexander Soric (AS 3305)
PUTNEY, TWOMBLY, HALL & HIRSON LLP
521 Fifth Avenue
New York, New York 10175
(212) 682-0020
(212) 682-9380 (fax)
mhernandez@putneylaw.com
asoric@putneylaw.com
Attorneys for Defendants,
Parkchester North Condominium
and Grenadier Realty Corp.

Dated: New York, New York
   January ____, 2008

IT IS SO ORDERED:

_(signature)_
Hon. Robert W. Sweet, U.S.D.J.
1-18-08