UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------------x
VANESS L. VEGA,

                Plaintiff,

    -against-

PARKCHESTER NORTH CONDOMINIUM AND
GRENADIER REALTY CORP.,

                Defendants.
-------------------------------------------------------------------------------x

AFFIDAVIT OF SERVICE
Docket No.:
07 CV 11494 (RWS)

STATE OF NEW YORK    :
                             : ss:
COUNTY OF NEW YORK  :

    ROCCO MARCIANO, being duly sworn deposes and says:

    I am not a party to the action, I am over 18 years of age and reside at Brooklyn, New York 11209.

    On January 3, 2008, at approximately 11:10 a.m., I personally served a true copy of the Summons and Complaint, with an annexed exhibit, having the docket number and date purchased endorsed thereon; together with copies of the Rules of Judge Sweet, the Rules of Magistrate Eaton, Third Amended Instructions for Electronic Filing, Procedures for Electronic Filing, and Guidelines for Electronic Filing, all upon the defendant **Grenadier Realty Corp.**, located at 1230 Pennsylvania Avenue, Brooklyn, New York 11239, by delivering all the same to Ms. Bertha Wilkerson, First Desk Clerk Supervisor, employed by **Grenadier Realty Corp.** and authorized to accept service of process on its behalf. I describe Ms. Wilkerson as an African-American female, having black hair, brown eyes, wearing glasses, and being approximately 40-45 years of age. She so identified herself as Ms. Wilkerson.

                                                                                                                    Rocco Marciano

Sworn to before me
this 3rd day of January, 2008.

_Notary Public_

HERBERT LESTER CUDDIHY
Notary Public, State of New York
No. 01CU4993052
Qualified in New York County
Commission Expires March 8, 2010

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------------x
VANESS L. VEGA,

                Plaintiff,

   -against-

PARKCHESTER NORTH CONDOMINIUM AND
GRENADIER REALTY CORP.,

                Defendants.
-------------------------------------------------------------------------------x

AFFIDAVIT OF SERVICE
Docket No.:
07 CV 11494 (RWS)

STATE OF NEW YORK    :
                                : ss:
COUNTY OF NEW YORK  :

    ROCCO MARCIANO, being duly sworn deposes and says:

    I am not a party to the action, I am over 18 years of age and reside at Brooklyn, New York 11209.

    On January 3, 2008, at approximately 1:27 p.m., I personally served a true copy of the Summons and Complaint, with an annexed exhibit, having the docket number and date purchased endorsed thereon; together with copies of the Rules of Judge Sweet, the Rules of Magistrate Eaton, Third Amended Instructions for Electronic Filing, Procedures for Electronic Filing, and Guidelines for Electronic Filing, all upon the defendant **Parkchester North Condominium**, located at 1970 East Tremont Avenue, Bronx, New York 10462, by delivering all the same to Mr. Vincent Panettieri, Chief Operating Officer, employed by **Parkchester North Condominium** and authorized to accept service of process on its behalf. I describe Mr. Panettieri as a Caucasian male, being bald, wearing glasses, being approximately 45-50 years of age, and approximately 5'4" in height. He so identified himself as Mr. Panettieri.

                                                              Rocco Marciano

Sworn to before me
this 3rd day of January, 2008.

Notary Public

HERBERT LESTER CUDDIHY
Notary Public, State of New York
No. 01CU4993052
Qualified in New York County
Commission Expires March 8, 2010