UNITIED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VANESS L. VEGA,<br><br>            Plaintiff,<br>    -against-<br><br>PARKCHESTER NORTH<br>CONDOMINIUM<br>and GRENADIER REALTY CORP.,<br><br>            Defendants. | Civil Action No.: 07 Civ. 11494 (RWS) |

### DEFENDANT, PARKCHESTER NORTH CONDOMIUM'S RULE 7.1 STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure to enable to judges and magistrate judges of the Courts to evaluate possible disqualification or recusal, the undersigned counsel of record for Defendant, Parkchester North Condominium, a private (non governmental) party, certifies that the following are corporate parents, subsidiaries, or affiliates of that party are publicly held:

NONE.

Dated: New York, New York
       February 25, 2008

                            /s/ AS
                            _____
                            Mark A. Hernandez (MH 4753)
                            Alexander Soric (AS 3305)
                            **PUTNEY, TWOMBLY, HALL & HIRSON LLP**
                            521 Fifth Avenue
                            New York, New York 10175
                            (212) 682-0020
                            *Attorneys for Defendant,*
                            *Parkchester North Condominium*