UNITIED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

VANESS L. VEGA,

                    Plaintiff,

  -against-

PARKCHESTER NORTH
CONDOMINIUM
and GRENADIER REALTY CORP.,

                    Defendants.

Civil Action No.: 07 Civ. 11494 (RWS)

## CERTIFICATE OF SERVICE

The undersigned, a member of the Bar of this Court, hereby certifies that he caused true and accurate copy of the Defendant, Parkchester North Condominium's Answer and Rule 7.1 Statement to be served via ECF and regular mail on February 25, 2008 upon:

    Patrick W. McGinley, Esq.
    FINDER AND CUOMO, LLP
    9 East 38th Street, 3rd Floor
    New York, New York 10016
    *Attorneys for Plaintiff*

                    ____/s/ AS_____
                    Alexander Soric (AS 3305)