**UNITIED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **VANESS L. VEGA,** | |
|                **Plaintiff,** | **Civil Action No.: 07 Civ. 11494 (RWS)** |
|    -against- | |
| **PARKCHESTER NORTH CONDOMINIUM** and **GRENADIER REALTY CORP.,** | |
|                **Defendants.** | |

<u>**DEFENDANT, GRENADIER REALTY CORP.'S RULE 7.1 STATEMENT**</u>

        Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure to enable to judges and magistrate judges of the Courts to evaluate possible disqualification or recusal, the undersigned counsel of record for Defendant, Grenadier Realty Corp., a private (non governmental) party, certifies that the following are corporate parents, subsidiaries, or affiliates of that party are publicly held:

                    NONE.

Dated: New York, New York
       February 25, 2008

                             /s/ AS
                          Mark A. Hernandez (MH 4753)
                          Alexander Soric (AS 3305)
                          **PUTNEY, TWOMBLY, HALL & HIRSON LLP**
                          521 Fifth Avenue
                          New York, New York 10175
                          (212) 682-0020
                          *Attorneys for Defendant,*
                          *Grenadier Realty Corp.*