UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VANESS L. VEGA,<br><br>                    Plaintiff,<br>     -against-<br><br>PARKCHESTER NORTH CONDOMINIUM<br>and GRENADIER REALTY CORP.,<br><br>                    Defendants. | NOTICE OF APPEARANCE<br><br>Civil Case No.:<br>07 CV 11494 (RWS) |

**PLEASE TAKE NOTICE,** That Evan J. White, Esq., an associate of Putney, Twombly, Hall & Hirson LLP, being duly admitted to practice before this court hereby enters an appearance for the Defendants, Parkchester North Condominium and Grenadier Realty Group, in the above entitled action and requests that a copy of all papers in this action be served upon the undersigned at the address stated below.

Dated: New York, New York
           September 3, 2008

                                    By: ___/s/ EW_____
                                          Evan J. White (EW 1031)
                                          PUTNEY, TWOMBLY, HALL & HIRSON LLP
                                          *Attorneys for Defendants*
                                          521 Fifth Avenue
                                          New York, New York  10175
                                          (212) 682-0020

TO:        Patrick W. McGinley, Esq.
           *Attorneys for Plaintiff*
           FINDER AND CUOMO, LLP
           9 East 38th Street, 3rd Floor
           New York, New York 10016